UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 29  P 1: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AFC CABLE SYSTEMS, INC. and WPFY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALFLEX CORPORATION, <br><br> Defendant. | JURY TRIAL DEMANDED <br><br> **04 cv 12089 MLW** |

## STATEMENT OF PLAINTIFFS PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, the undersigned certifies that as of this date that plaintiff

WPFY, Inc. is a wholly owned subsidiary of plaintiff AFC Cable Systems, Inc. Plaintiff AFC

Cable Systems, Inc. is a wholly owned subsidiary of Tyco International, Ltd., a publicly traded

Bermuda corporation. Other than Tyco International, Ltd., to the best of the undersigned's

knowledge, there are no other interests to report.

Dated: September 29, 2004

Mark J. Hebert (BBO #546712)
Robert J. Silverman (BBO #633164)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Tel: 617-542-5070
Fax: 617-542-8906
Attorneys for Plaintiffs
AFC Cable Systems, Inc. and WPFY, Inc.

20948035.doc