IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFC CABLE SYSTEMS, INC. and WPFY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALFLEX CORPORATION, <br><br> Defendant. | Civil Action No. <br> 04 cv 12089 MLW |

## STIPULATION OF DISMISSAL AND ORDER

Having settled their disputes as to all issues in the above-captioned action in the form of a confidential Settlement and License Agreement dated as of December 31, 2004 and based upon the obligations and considerations thereof, the parties, AFC Cable Systems, Inc. and WPFY, Inc. (collectively "the AFC Parties") and Alflex Corporation ("Alflex"), by and through their respective counsel, hereby consent and stipulate, as follows:

1. The parties hereby stipulate to the dismissal without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), of all claims and counterclaims in this action;

2. Each party is to bear its own costs and attorneys' fees; and

3. Subject to the approval of this Court, the parties also stipulate and agree that the United States District Court for the District of Massachusetts shall retain jurisdiction over the enforcement and interpretation of the Settlement and License

Agreement dated as of December 31, 2004 entered into by the AFC Parties and Alflex for purposes of dismissing this action.

Respectfully submitted,

| | |
|---|---|
| Mark. J. Hebert (BBO # 546712)<br>Robert J. Silverman (BBO # 633164)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110<br>(617) 542-5070 | Peter J. Haley (BBO # 543858)<br>Leslie F. Su (BBO # 641838)<br>GORDON HALEY LLP<br>101 Federal Street, 17th Floor<br>Boston, MA 02110<br>(617) 261-0100 |
| Attorneys for Plaintiffs AFC Cable Systems, Inc. and WPFY, Inc. | Attorneys for Defendant Alflex Corporation |
| Dated: February 8th, 2005 | Dated: February 8, 2005 |

IT IS SO ORDERED:

_____          _____
      Date                                      Hon. Mark L. Wolf, U.S. District Judge

21019656.doc